JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

BUFFY LYN RONEY, An Individual, PATRICK DE SOMMA, An Individual, PATRICIA DE SOMMA, An Individual, MICHAEL DE SOMMA, An Individual, and Paul De Somma,Indiv.

(b) County of Residence of First Listed Plaintiff LOS ANGELES
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
BUFFY LYN RONEY (State Bar No. 84917)
415 South Rimpau Blvd.
Los Angeles, California 90020

**DEFENDANTS**

MICHAEL MILLER, An Ind., DBA FALCON PRESS, FALCON PRESS PUBLICATIONS, and AND/OR PRESS,

County of Residence of First Listed Defendant LOS ANGELES
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
Copyright infringement under 17 U.S.C. §§ 106 and 501

Brief description of cause:
Based on Defendants' unauthorized publication, sale and use of Plaintiffs' books

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 360,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE DOCKET NUMBER

DATE 12/14/2015

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

Print Save As... Reset

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

BUFFY LYN RONEY (State Bar No. 84917)
415 South Rimpau Blvd.
Los Angeles, California 90020
Telephone: (323) 828-6678

Plaintiff in pro per and
Attorney for Non pro-per Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORIA**

| | |
|---|---|
| BUFFY LYN RONEY, An Individual, PATRICK DE SOMMA, An Individual, PATRICIA DE SOMMA, An Individual, MICHAEL DE SOMMA, An Individual, and PAUL DE SOMMA, An Individual,<br><br>Plaintiffs ,<br><br>vs.<br><br>MICHAEL MILLER, An Individual, doing business as FALCON PRESS, FALCON PRESS PUBLICATIONS, and AND/OR PRESS, FALCON PRESS, INC., A Corporation, FALCON PRESS, A Business Entity, FALCON PRESS PUBLICATIONS, A Business Entity, AND/OR PRESS, INCORPORATED, A Corporation, AND/OR PRESS, A Business Entity, and DOES 1 through 20, and DOE CORPORATIONS 1 through 20, Inclusive,<br><br>Defendants | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGMENT**<br><br>**DEMAND FOR JURY TRIAL** |

**THE PARTIES**

Plaintiffs complain against Defendants, and each of them, demand a trial by jury of all issues, and allege:

1. Plaintiffs BUFFY LYN RONEY, PATRICK DE SOMMA, PATRICIA DE SOMMA, MICHAEL DE SOMMA and PAUL DE SOMMA, are individuals who are the legal and/or beneficial owners of the copyright interest in and to all the works, manuscripts, books, articles and compositions of CAMDEN JOHN BENARES, including but not limited to: “ZEN WITHOUT ZEN MASTERS,” “EL ZEN SIN MAESTROS” (Spanish Edition), “ZEN OHNE ZEN-MEISTER” (German Edition), “ZEN ZONDER MEESTER” (Dutch Edition), “A HANDFUL OF ZEN,” “COMMON SENSE TAROT: A COMPLETE GUIDE TO TAROT READING,” and “IT’S ALL IN YOUR HEAD: REMARKABLE FACTS ABOUT THE HUMAN MIND.”

2. This Court has personal jurisdiction over the Defendants, and venue in this District is proper under 28 U.S.C. §1391(b) and 28 U.S.C. §1400(a), in that the Defendants reside in this District, and the acts of infringement complained of herein occurred in this District. Defendant MICHAEL MILLER is an individual living in Hollywood, California and doing business in Los Angeles County, California, Phoenix, Arizona and Las Vegas, Nevada. Plaintiffs are informed and believe and on that basis, allege that Defendant MICHAEL MILLER, An Individual is doing business under the names of: FALCON PRESS, FALCON PRESS PUBLICATIONS, and AND/OR PRESS. Defendant FALCON PRESS, INC., is a California corporation, with its principal place of its publishing business in the County of Los Angeles, California and was suspended by the California Secretary of State in 1991.

Defendant AND/OR PRESS, INCORPORATED is a California corporation, with its principal place of its publishing business in the County of Los Angeles, California and was suspended by the California Secretary of State in 1978. Defendant FALCON PRESS is a business entity of a form unknown, and Plaintiffs are informed and believe and on that basis, allege that it is doing business in Los Angeles, California, Phoenix, Arizona and Las Vegas, Nevada, and is in the business of publishing written works. Defendant FALCON PRESS PUBLICATIONS is a business entity of a form unknown, and Plaintiffs are informed and believe and on that basis, allege that it is doing business in Los Angeles, California, Phoenix, Arizona and Las Vegas, Nevada, and is in the business of publishing written works. Defendant AND/OR PRESS is a business entity of a form unknown, and Plaintiffs are informed and believe and on that basis, allege that it is doing business in Los Angeles County, California, and is in the business of publishing written works. Plaintiffs are informed and believe and on that basis, alleges that Defendant DOES 1 to 20, and each of them are at all times mentioned herein Individuals living in Los Angeles County, California and were and are, during the times mentioned herein, employees, contractors and/or agents of their co-Defendants, and are sued herein in that capacity. Plaintiffs are informed and believe and on that basis, alleges that Defendant DOE CORPORATIONS 1 through 20, and each of them are at all times mentioned herein corporations doing business in Los Angeles County, California and were and are, during the times mentioned herein, employees, contractors and/or agents of their co-Defendants, and are sued herein in that capacity, and in doing the acts alleged herein, each of the Defendants was acting

within the course and scope of such agency or employment and with the permission and consent of the other Defendants. Plaintiffs are informed and believe and on that basis allege that the Doe Defendants are liable to Plaintiffs as a result of their participation in some or all of the acts hereinafter set forth. All of the Defendants named in this paragraph and the Doe Defendants are referred to collectively herein as "Defendants." Plaintiffs are informed and believe and on that basis allege that at all times mentioned in this complaint, each of the Defendants was the agent and or alter-ego of each of the other Defendants and, in doing the things alleged in this complaint, was acting within the course and scope of such agency.

3. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the infringed works and to distribute them to the public. Defendants' conduct is causing, and unless immediately enjoined will continue to cause, enormous and irreparable harm to Plaintiffs. Defendants may not continue to exploit Plaintiffs' infringed works without authorization in order to sell products to the public. Defendants' conduct must immediately be stopped and Plaintiffs must be compensated for Defendants' willful acts of infringement.

4. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, et seq. This Court has subject matter jurisdiction over this copyright infringement action pursuant to 28 U.S.C. §§ 1331 and 1338(a). This Court has personal jurisdiction over Defendants because, among other things, Defendants are

doing business in the State of California and in this judicial district, the acts of infringement complained of herein occurred in the State of California and in this judicial district, and Defendants have caused injury to Plaintiffs and their intellectual property within the State of California and in this judicial district. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and(c), and/or § 1400(a).

5. Plaintiffs are informed and believe that each of DOE defendants was responsible in some manner for the occurrences, damages and injuries alleged in this complaint.

6. Plaintiffs is further informed and believes that in doing the acts alleged herein, each of the Defendants was acting with the knowledge of and under the direction of the other Defendants. At all times mentioned herein, each and every Defendant was the agent or employee of each and every other Defendant. In doing the things alleged herein by reference, each and every Defendant was acting within the course and scope of this agency or employment and was acting with the consent, permission, and authorization of each of the remaining Defendants. All actions of each Defendant alleged herein were ratified and approved by the directors, officers and/or managing agents of every other Defendant. In doing each of the things herein alleged, each Defendant acted through its authorized agents and/or board of directors as herein alleged.

## FACTUAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

7. Plaintiffs are the heirs of CAMDEN JOHN BENARES, and as such are the

owners of the copyright interest in and to all the works, manuscripts, books, articles and compositions of CAMDEN JOHN BENARES, including but not limited to: "ZEN WITHOUT ZEN MASTERS," "EL ZEN SIN MAESTROS" (Spanish Edition), "ZEN OHNE ZEN-MEISTER" (German Edition), "ZEN ZONDER MEESTER" (Dutch Edition), "A HANDFUL OF ZEN," "COMMON SENSE TAROT: A COMPLETE GUIDE TO TAROT READING," and "IT'S ALL IN YOUR HEAD: REMARKABLE FACTS ABOUT THE HUMAN MIND."

8. The copyrights have been registered for the following works with the United States Copyright Office as follows:

a. "ZEN WITHOUT ZEN MASTERS," Registration No. A864586; Registration Date: May 11, 1977;

b. "COMMON SENSE TAROT: A COMPLETE GUIDE TO TAROT READING," Registration No. TX0003584978; Registration Date: July 30, 1993;

c. "IT'S ALL IN YOUR HEAD: REMARKABLE FACTS ABOUT THE HUMAN MIND," Registration No. A864586; Registration Date: May 11, 1977.

9. On December 12, 2015, Plaintiffs filed an application for copyright registration with the United States Copyright Office for the book "A HANDFUL OF ZEN," and are awaiting issuance of the registration. A true and correct copy of Plaintiffs' application for copyright registration is attached hereto as Exhibit A.

10. All of the works referenced in paragraphs 8 and 9 above were written by CAMDEN JOHN BENARES and are collectively referred to herein as "the infringed works." Plaintiffs own the copyrights, rights and titles to said works.

11. Beginning on December 31, 2014 through May, 2015, Plaintiffs first discovered that Defendants and/or their agents published, manufactured, reproduced, sold, rented, leased, distributed and/or disseminated the infringed works to the public, and/or caused the same to be done, without Plaintiffs' authorization.

12. Defendants do not have any license, authorization, permission or consent to publish, manufacture, reproduce, sell, distribute and/or disseminate any of the infringed works. Plaintiffs own the exclusive rights to do same. On December 12, 2015 Plaintiffs provided written notice to Defendants MICHAEL MILLER, FALCON PRESS, INC., AND/OR PRESS, INCORPORATED, NEWCASTLE PUBLISHING COMPANY, INC., FALCON PRESS, FALCON PRESS PUBLICATIONS, and AND/OR PRESS, that the use, publication, manufacture, reproduction, sale, rental, leasing, distribution and/or dissemination of any the infringed works constitutes infringement of Plaintiffs' rights, and demanded that said defendants immediately cease and desist from the further use, publication, manufacture, reproduction, sale, distribution and/or dissemination of any the infringed works. Plaintiffs are entitled to injunctive relief and redress for Defendants' willful, intentional and purposeful use and exploitation of the infringed works for

their own financial benefit with full knowledge that such use constituted infringement of, and was in disregard of, the Plaintiffs' rights.

**COUNT ONE**

**INFRINGEMENT OF COPYRIGHTS**

17 U.S.C. §§106 and 501

(By Plaintiffs against Defendants)

13. Plaintiffs incorporate by reference Paragraphs 1 through 12, inclusive, as though set forth here in full.

14. Through their conduct alleged herein, Defendants have infringed Plaintiffs' copyrights in the infringed works in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§106 and 501.

15. Defendants acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to Plaintiffs' rights.

16. As a direct and proximate result of said infringement by Defendants, Plaintiffs are entitled to damages in an amount to be proven at trial. As a result of Defendants' infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. 504 (c) for Defendants' infringement of each of the copyrighted works.

17. Plaintiffs are also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of and a constructive trust with respect to such profits.

18. Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

19. As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Plaintiffs are informed and believe and on that basis aver that unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiffs' rights in the Infringed Composition. Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendants from further infringing on Plaintiffs' copyrights, and ordering Defendants to destroy all copies of infringed works made in violation of Plaintiffs' exclusive rights.

**PRAYER**

WHEREFORE, Plaintiffs pray for judgment against the Defendants, and each of them, jointly and severally, as follows:

1. For damages in such amount as may be found, or as otherwise permitted by law, including actual damages suffered by Plaintiffs and profits of Defendant infringers and statutory damages of $30,000 per work as permitted under 17 U.S. C. §504(c) and under 17 U.S. C. §504(d).

2. For an accounting of, and the imposition of constructive trust with respect to, Defendants' profits attributable to their infringements of Plaintiffs' copyrights in the Infringed Works.

3. For a preliminary and permanent injunction prohibiting Defendants, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with each or any of them, from continuing to infringe Plaintiffs' copyrights in the Infringed Works, and an order that Defendants destroy all copies of the infringed works.

4. For prejudgment interest according to law.

5. For Plaintiffs' attorneys' fees, costs, and disbursements in this action.

6. For damages for willful infringement in the sum of $150,000 per infringed work against all Defendants as permitted under 17 U.S. C. §504(c)(2).

7. For such other and further relief as the court deems proper against all Defendants.

Dated: December 18, 2015

/s/_____Buffy Lyn Roney_____

BUFFY LYN RONEY

**JURY TRIAL DEMANDED**

Plaintiffs and each of them demand trial of all issues by jury.

Dated: December 18, 2015

/s/_______ *Buffy Lyn Roney* ________

BUFFY LYN RONEY



# Exhibit A



# Form SE

*Detach and read these instructions before completing this form.*
*Make sure all applicable spaces have been filled in before you return this form.*

## BASIC INFORMATION

**When to Use This Form:** Use a separate Form SE for registration of each individual issue of a serial. A serial is defined as a work issued or intended to be issued in successive parts bearing numerical or chronological designations and intended to be continued indefinitely. This class includes a variety of works, such as periodicals; newspapers; annuals; and the journals, proceedings, and transactions of societies. Do not use Form SE to register an individual contribution to a serial. Go to *www.copyright.gov* to register such contributions.

**Deposit to Accompany Application:** An application for copyright registration must be accompanied by a deposit consisting of copies or phonorecords representing the entire work for which registration is to be made. The following are the general deposit requirements as set forth in the statute:

**Unpublished Work:** Deposit one complete copy (or phonorecord).

**Published Work:** Deposit two complete copies (or one phonorecord) of the best edition.

**Work First Published Outside the United States:** Deposit one complete copy (or phonorecord) of the first foreign edition.

**Mailing Requirements:** You must send the application, the deposit copy or copies, and the registration fee together in the same envelope or package to the address in space 9. The Copyright Office cannot process them unless they are received together.

**The Copyright Notice:** Before March 1, 1989, the use of copyright notice was mandatory on all published works, and any work first published before that date should have carried a notice. For works first published on and after March 1, 1989, use of the copyright notice is optional. For more information about copyright notice, see Circular 3, *Copyright Notices*.

**For Further Information:** To speak to a Copyright Office staff member, call (202) 707-3000 or 1-877-476-0778. Recorded information is available 24 hours a day. Register online and access circulars and all copyright application forms from the Copyright Office website at *www.copyright.gov*. Or, request publications from the Forms and Publications Hotline at (202) 707-9100. Leave a recorded message. To send an email communication, click on *Contact Us* at the bottom of the homepage.

**PRIVACY ACT ADVISORY STATEMENT Required by the Privacy Act of 1974 (P.L. 93-579)**
The authority for requesting this information is title 17 U.S.C. §409 and §410. Furnishing the requested information is voluntary. But if the information is not furnished, it may be necessary to delay or refuse registration and you may not be entitled to certain relief, remedies, and benefits provided in chapters 4 and 5 of title 17 U.S.C. The principal uses of the requested information are the establishment and maintenance of a public record and the examination of the application for compliance with lthe registration requirements of the copyright code. Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of copyright registrations, and preparation of search reports upon request.
NOTE: No other advisory statement will be given in connection with this application. Please keep this statement and refer to it if we communicate with you regarding this application.

## LINE-BY-LINE INSTRUCTIONS

*Please type or print using black ink. The form is used to produce the certificate.*



### SPACE 1: Title

**Title of This Serial:** Every work submitted for copyright registration must be given a title to identify that particular work. If the copies or phonorecords of the work bear a title (or an identifying phrase that could serve as a title), copy that wording *completely* and *exactly* on the application. Give the volume and number of the periodical issue for which you are seeking registration. The "Date on Copies" in space 1 should be the date appearing on the actual copies (for example: "June 1981," "Winter 1981"). Indexing of the registration and future identification of the work will depend on the information you give here.

**Previous or Alternative Titles:** Complete this space only if there are any additional titles for the serial under which someone searching for the registration might be likely to look or under which a document pertaining to the work might be recorded.



### SPACE 2: Author(s)

**General Instructions:** After reading these instructions, decide who are the "authors" of this work for copyright purposes. In the case of a serial issue, the organization that directs the creation of the serial issue as a whole is generally considered the author of the "collective work" (see "Nature of Authorship") whether it employs a staff or uses the efforts of volunteers. Where, however, an individual is independently responsible for the serial issue, name that person as author of the "collective work."

**Name of Author:** The fullest form of the author's name should be given. In the case of a "work made for hire," the statute provides that "the employer or other person for whom the work was prepared is considered the author." If this issue is a "work made for hire," the author's name will be the full legal name of the hiring organization, corporation, or individual. The title of the periodical should not ordinarily be listed as "author" because the title itself does not creates an issue of a serial independently and not as an "employee" of an organization or corporation, that individual should be listed as the "author."

**Author's Nationality or Domicile:** Give the country of which the author is a citizen, or the country in which the author is domiciled. Nationality or domicile *must* be given in all cases. The citizenship of an organization formed under U.S. federal or state law should be stated as "U.S.A."

**What Is a "Work Made for Hire"?** A "work made for hire" is defined as (1) "a work prepared by an employee within the scope of his or her employment"; or (2) "a work specially ordered or commissioned for use as a contribution to a collective work, as a part of a motion picture or other audiovisual work, as a translation, as a supplementary work, as a compilation, as an instructional text, as a test, as answer material for a test, or as an atlas, if the parties expressly agree in a written instrument signed by them that the work shall be considered a work made for hire." An organization that uses the efforts of volunteers in the creation of a "collective work" (see "Nature of Authorship") may also be considered the author of a "work made for hire" even though those volunteers were not specifically paid by the organization. In the case of a "work made for hire," give the full legal name of the employer and check "Yes" to indicate that the work was made for hire. You may also include the name of the employee along with the name of the employer (for example: "Elster Publishing Co., employer for hire of John Ferguson").

**"Anonymous" or "Pseudonymous" Work:** Leave this space *blank* if the serial is a "work made for hire." An author's contribution to a work is "anonymous" if that author is not identified on the copies or phonorecords of the work. An author's contribution to a work is "pseudonymous" if that author is identified on the copies or phonorecords under a fictitious name. If the work is "anonymous," you may: (1) leave the line blank; or (2) state "anonymous" on the line; or (3) reveal the author's identify. If the work is "pseudonymous," you may: (1) leave the line blank; or (2) give the pseudonym and identify it as such (for example: "Huntley Haverstock, pseudonym"); or (3) reveal the author's name, making clear which is the real name and which is the pseudonym (for example: "Judith Barton, whose pseudonym is Madeline Elster"). However, the citizen-

was a "work made for hire." If the author is dead, the statute requires that the year of death be included in the application unless the work is anonymous or pseudonymous. The author's birth date is optional but is useful as a form of identification.

**Nature of Authorship:** Give a brief statement of the nature of the particular author's contribution to the work. If an organization directed, controlled, and supervised the creation of the serial issue as a whole, check the box "collective work." The term "collective work" means that the author is responsible for compilation and editorial revision and may also be responsible for certain individual contributions to the serial issue. Further examples of "Authorship" that may apply both to organizational and to individual authors are "Entire text"; "Text and illustrations"; "Editorial revision, compilation, and additional new material."



## SPACE 3: Creation and Publication

**General Instructions:** Do not confuse "creation" with "publication." Every application for copyright registration must state "the year in which creation of the work was completed." Give the date and nation of first publication only if the work has been published.

**Creation:** Under the statute, a work is "created" when it is fixed in a copy or phonorecord for the first time. Where a work has been prepared over a period of time, the part of the work existing in fixed form on a particular date constitutes the created work on that date. The date you give here should be the year in which this particular issue was completed.

**Publication:** The statute defines "publication" as "the distribution of copies or phonorecords of a work to the public by sale or other transfer of ownership or by rental, lease, or lending"; a work is also "published" if there has been an "offering to distribute copies or phonorecords to a group of persons for purposes of further distribution, public performance, or public display." Give the full date (month, day, year) when, and the country where, publication of this particular issue first occurred. If first publication took place simultaneously in the United States and other countries, it is sufficient to state "U.S.A."



## SPACE 4: Claimant(s)

**Name(s) and Address(es) of Copyright Claimant(s):** This space must be completed. Give the name(s) and address(es) of the copyright claimant(s) of this work even if the claimant is the same as the author named in space 2. Copyright in a work belongs initially to the author of the work (including, in the case of a work made for hire, the employer or other person for whom the work was prepared). The copyright claimant is either the author of the work or a person or organization to whom the copyright initially belonging to the author has been transferred.

**Transfer:** The statute provides that, if the copyright claimant is not the author, the application for registration must contain "a brief statement of how the claimant obtained ownership of the copyright." If any copyright claimant named in space 4 is not an author named in space 2, give a brief statement explaining how the claimant(s) obtained ownership of the copyright. Examples: "By written contract"; "Transfer of all rights by author"; "Assignment"; "By will." Do not attach transfer documents or other attachments or riders.



## SPACE 5: Previous Registration

**General Instructions:** This space rarely applies to serials. Complete space 5 if this particular issue has been registered earlier or if it contains a substantial amount of material that has been previously registered. Do not complete this space if the previous registrations are simply those made for earlier issues.

**Previous Registration:**

**a. Check this box** if this issue has been registered in unpublished form and a claimant in the earlier registration and the author is now seeking registration in his or her own name. If the work in question is a single contribution to a collective work as opposed to the issue as a whole, do not file Form SE. Instead, register the contribution on the Copyright Office website at *www.copyright.gov*, or request Form TX from the Copyright Office.

**c. Check this box** (and complete space 6) if this particular issue or a substantial portion of the material in it has been previously registered and you are now seeking registration for the additions and revisions that appear in this issue for the first time.

**Previous Registration Number and Date:** Complete this line if you checked one of the boxes above. If more than one previous registration has been made for the issue or for material in it, give only the number and year date for the latest registration.



## SPACE 6: Derivative Work or Compilation

**General Instructions:** Complete space 6 if this issue is a "changed version," "compilation," or "derivative work" that incorporates one or more earlier works that have already been published or registered for copyright or that have fallen into the public domain. Do not complete space 6 for an issue consisting of entirely new material appearing for the first time, such as a new issue of a continuing serial. A "compilation" is defined as "a work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship." A "derivative work" is "a work based on one or more preexisting works." Examples of derivative works include translations, fictionalizations, abridgments, condensations, or "any other form in which a work may be recast, transformed, or adapted." Derivative works also include works "consisting of editorial revisions, annotations, or other modifications" if these changes, as a whole, represent an original work of authorship.

**Preexisting Material (space 6a):** For derivative works, complete this space *and* space 6b. In space 6a identify the preexisting work that has been recast, transformed, adapted, or updated. Example: "1978 Morgan Co. Sales Catalog." Do not complete space 6a for compilations.

**Material Added to This Work (space 6b):** Give a brief, general statement of the new material covered by the copyright claim for which registration is sought. *Derivative work* examples include: "Editorial revisions and additions to the Catalog"; "Translation"; "Additional material." If a periodical issue is a *compilation*, describe both the compilation itself and the material that has been compiled. Examples: "Compilation of previously published journal articles"; "Compilation of previously published data." An issue may be both a derivative work and a compilation, in which case a sample statement might be: "Compilation of [describe] and additional new material."



## SPACE 7,8,9: Fee, Correspondence, Certification, Return Address

**Deposit Account** (space 7a): If you maintain a deposit account in the Copyright Office, identify it in space 7a. Otherwise leave the space blank and send the fee with your application and deposit.

**Correspondence** (space 7b): This space should contain the name, address, area code, telephone and fax numbers, and email address of the person to be consulted if correspondence about this application becomes necessary.

**Certification** (space 8): The application cannot be accepted unless it bears the date and the *handwritten signature* of the author or other copyright claimant, or of the owner of exclusive right(s), or of the duly authorized agent of the author, claimant, or owner of exclusive right(s).

**Address for Return of Certificate** (space 9): The address box must be completed legibly because the certificate will be returned in a window envelope.

current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

U

EFFECTIVE DATE OF REGISTRATION

Month Day Year

**Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**
A HANDFUL OF ZEN

**Volume ▼** N/A **Number ▼** **Date on Copies ▼** **Frequency of Publication ▼**

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NONE

## 2

**a** **NAME OF AUTHOR ▼**
CAMDEN JOHN BENARES

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1935 Year Died ▼ 1999

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of UNITED STATES
Domiciled in CALIFORNIA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
BOOK CONSISTING OF 139 PAGES

**b** **NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ______
Domiciled in ______

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ______
Domiciled in ______

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1989 Year
**This information must be given in all cases.**

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
**Complete this information ONLY if this work has been published.**
Month SEPTEMBER Day 01 Year 1990
UNITED STATES OF AMERICA Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
BUFFY LYN RONEY, PATRICK DESOMMA, PATRICIA DESOMMA, MICHAEL DESOMMA, PAUL DESOMMA,415 Rimpau Bl., L.A. CA. 90020

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimants are the stepchildren of CAMDEN JOHN BENARES (his sole heirs) and order of probate court determined their heirship and interest.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5–9) on the reverse side of this page.

**DO NOT WRITE HERE**

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a** **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

See instructions before completing this space.

**b** **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name ▼ Account Number ▼

N/A

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

BUFFY LYN RONEY, 415 So. Rimpau Blvd., Los Angeles, California 90020

Area code and daytime telephone number ▶ 323-828-6678 Fax number ▶ none

Email ▶ buffylyn@gmail.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☑ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ______
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

BUFFY LYN RONEY **Date** ▶ December 12, 2015

**Handwritten signature** ▼

Buffy Lyn Roney Attorney at Law

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼
BUFFY LYN RONEY

Number/Street/Apt ▼
415 SOUTH RIMPAU BLVD.

City/State/Zip ▼
LOS ANGELES, CALIF. 90020

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office-SE
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection