1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                    **CENTRAL DISTRICT OF CALIFORNIA**
9                         **WESTERN DIVISION**

10  BUFFY LYN RONEY, *etc., et al.*,       )  Case No. 2:15-CV-09652-R-AS
                                            )
11              Plaintiffs,                 )
                                            )  ORDER OF DISMISSAL
12       vs.                                )
                                            )
13  MICHAEL MILLER, *etc., et al.*,        )
                                            )
14              Defendants.                 )
                                            )
15  _____    )

16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

The Court having received and considered the Stipulation of plaintiffs Buffy Lyn Roney, Patrick De Somma, Patricia De Somma, Michael De Somma and Paula De Somma, on the one hand, and defendants Pearson Education, Inc., and Prentice Hall, Inc., on the other hand, plaintiffs' action and claims as to the foregoing defendants, only, are hereby **DISMISSED** in their entirety, without prejudice, and with plaintiffs, on the one hand, and the foregoing defendants, on the other hand, to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 13, 2016

_____
The Honorable Manuel L. Real
United States District Judge

*Submitted by:*

Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
Attorney for Defendants
PEARSON EDUCATION, INC. and
PRENTICE HALL, INC.